**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA NOV 15 2022

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 1:22-cr-23 |
| ANTHONY NEARHOOF | [UNDER SEAL] |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Cindy K. Chung, United States Attorney for the Western District of Pennsylvania, and Nicole Vasquez Schmitt, and Michael L. Ivory, Assistant United States Attorneys for said District and Perry D. McDaniel and Martin Harrell, Special Assistant United States Attorneys and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant ANTHONY NEARHOOF, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with Title 18, United States Code, Sections 371, 2, and Title 42, United States Code, Sections 7413(c)(2)(C) and 7413(c)(1).

Recommended bond: $10,000 Unsecured Bond.

Respectfully submitted,

CINDY K. CHUNG
United States Attorney

By: /s/ Nicole Vasquez Schmitt
NICOLE VASQUEZ SCHMITT
Assistant U.S. Attorney
PA ID No. 320316

*/s/ Michael L. Ivory*
MICHAEL L. IVORY
Assistant United States Attorney
PA ID No. 59296


*/s/ Perry D. McDaniel*
PERRY D. MCDANIEL
Special Assistant United States Attorney
WV ID No. 4999


*/s/ Martin Harrell*
MARTIN HARRELL
Special Assistant United States Attorney
WV ID No. 1607