UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

_____

UNITED STATES OF AMERICA,

v.                                                          Cri. No. 22-cr-00023-SPB

ERIE COKE CORPORATION
ANTHONY NEARHOOF,

                     Defendants.

_____

## LCvR 7.1 Disclosure Statement

Pursuant to Western District of Pennsylvania LCvR 7.1, undersigned counsel for Defendant Erie Coke Corporation ("ECC") certifies the following:

1. ECC ceased operations as a Coke producing plant on December 19, 2019.

2. ECC is a wholly owned subsidiary of Garner LLC, which has never issued shares or debt securities to the public.

3. ECC has no subsidiaries.

4. No member of ECC has ever issued shares or debt securities to the public.

Dated: Buffalo, New York
          May 25, 2023

                                                         /s/ Rodney O. Personius
                                                   Rodney O. Personius, Esq.
                                                   Bar ID No. 1463694
                                                  PERSONIUS MELBER LLP
                                                  *Attorneys for Defendant*
                                                  ERIE COKE CORPORATION
                                                  2100 Main Place Tower
                                                  350 Main Street
                                                  Buffalo, NY  14202
                                                  (716)  855-1050
                                                  rop@personiusmelber.com

TO:    AUSA Nicole Vasquez Schmitt
AUSA Michael L. Ivory
SAUSA Perry D. McDaniel
SAUSA Martin Harrell
U.S. Attorney's Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 644-3500
michael.ivory@usdoj.gov

S. Wesley Gorman, Esq.
Reisinger Comber & Miller, LLC
300 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
(412) 894-1380
wgorman@reisingercomber.com